| | |
|---|---|
| 1 | MOLLY MORIARTY LANE, State Bar No. 149206 |
|   | DIANE L. WEBB, State Bar No. 197851 |
| 2 | LORELEI A. CRAIG, State Bar No. 244104 |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | One Market, Spear Street Tower |
|   | San Francisco, CA  94105-1126 |
| 4 | Tel:        415.442.1000 |
|   | Fax::       415.442.1001 |
| 5 | E-mail    mlane@morganlewis.com |
|   |              dwebb@morganlewis.com |
| 6 |              lorelei.craig@morganlewis.com |

Attorneys for Defendants
GAMESTOP CORP. and GAMESTOP, INC.

H. TIM HOFFMAN, State Bar No. 049141)
ARTHUR W. LAZEAR, State Bar No. 083603)
CHAD A. SAUNDERS, State Bar No. 257810)
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, California 94612
Tel:        510.763.5700
Fax:       510.835.1311
Email:    cas@hoffmanandlazear.com

Newman Strawbridge (SBN 171360)
LAW OFFICE OF NEWMAN STRAWBRIDGE
719 Orchard Street
Santa Rosa, CA 95404
Tel:        707.523.3377

Attorneys for Plaintiff
MELISSA ARECHIGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA ARECHIGA, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>        v.<br><br>GAMESTOP CORP., a Delaware corporation, and GAMESTOP, INC., a Delaware corporation,<br><br>            Defendants. | Case No. 3:11-cv-00843-SI<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:   February 23, 2011<br>Trial Date:             Not Set |

Defendants GameStop Corp. and GameStop, Inc. (jointly, "GameStop") and plaintiff Melissa Arechiga ("Plaintiff) hereby enter into this stipulation to extend the time by which GameStop shall respond to the first amended complaint filed by Plaintiff on or about May 20, 2011 (the "FAC") and to continue the initial case management conference scheduled for today, June 3, 2011, subject to Court approval. Accordingly, GameStop and Plaintiff hereby stipulate as follows:

**STIPULATION**

WHEREAS, Plaintiff initiated the above-referenced action in the United States District Court in and for the Northern District of California by filing the Complaint on or about February 23, 2011;

WHEREAS, GameStop moved to dismiss and/or to strike the Complaint.

WHEREAS, Plaintiff filed the FAC in the United States District Court in and for the Northern District of California on or about May 20, 2011, and, in turn, GameStop took its motion to dismiss and to strike off calendar;

WHEREAS GameStop's response to the FAC is due on June 3, 2011;

WHEREAS, counsel for Plaintiff and GameStop are working towards a potential voluntary dismissal of the FAC;

WHEREAS, on June 3, 2011, counsel for Plaintiff and GameStop agreed to extend the time by which GameStop must respond to the FAC in light of the fact that the parties are working towards a voluntary dismissal of the FAC and, accordingly, are in agreement that the initial case management conference should be continued as well, subject to Court approval.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE and AGREE as follows:

1. The time for GameStop to respond to Plaintiff's FAC shall be extended to Friday, July 1, 2011.

2. The initial case management conference scheduled for Friday, June 3, 2011, at 2:30 p.m., should be continued to July 1, 2011, at 2:30 p.m., subject to Court approval, to allow the parties time to work out a potential dismissal of the FAC.

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/22478950.1                                2                          Case No. 3:11-CV-00843-SI
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
DB2/ 22478950.1

**IT IS SO STIPULATED:**

Dated: June 3, 2011     HOFFMAN & LAZEAR

By  /s/ Chad A. Saunders
Chad A. Saunders
Attorneys for Plaintiff Melissa Arechiga

Dated: June 3, 2011     MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Diane L. Webb
Diane L. Webb
Attorneys for Defendants GAMESTOP CORP. and GAMESTOP, INC.

Pursuant to the Parties' stipulation,

IT IS SO ORDERED.

Dated: June 3, 2011     By  [signature]
SUSAN ILLSTON
U.S. District Court Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22478950.1     3     Case No. 3:11-CV-00843-SI
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
DB2/ 22478950.1