1  MOLLY MORIARTY LANE, State Bar No. 149206
   DIANE L. WEBB, State Bar No. 197851
2  LORELEI A. CRAIG, State Bar No. 244104
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:         415.442.1000
   Fax::        415.442.1001
5  E-mail    mlane@morganlewis.com
             dwebb@morganlewis.com
6            lorelei.craig@morganlewis.com

7  Attorneys for Defendants
   GAMESTOP CORP. and GAMESTOP, INC.
8
   H. TIM HOFFMAN, State Bar No. 049141)
9  ARTHUR W. LAZEAR, State Bar No. 083603)
   CHAD A. SAUNDERS, State Bar No. 257810)
10 HOFFMAN & LAZEAR
   180 Grand Avenue, Suite 1550
11 Oakland, California 94612
   Tel:         510.763.5700
12 Fax:         510.835.1311
   Email:    cas@hoffmanandlazear.com
13
   Newman Strawbridge (SBN 171360)
14 LAW OFFICE OF NEWMAN STRAWBRIDGE
   719 Orchard Street
15 Santa Rosa, CA 95404
   Tel:         707.523.3377
16
   Attorneys for Plaintiff
17 MELISSA ARECHIGA

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                          SAN FRANCISCO DIVISION

21

22 | MELISSA ARECHIGA, individually and | Case No. 3:11-cv-00843-SI |
   | on behalf of all others similarly situated, | |
23 | | **JOINT STIPULATION TO CONTINUE** |
   | Plaintiffs, | **INITIAL CASE MANAGEMENT** |
24 | | **CONFERENCE AND [~~PROPOSED~~]** |
   | v. | **ORDER** |
25 | | |
   | GAMESTOP CORP., a Delaware | Complaint Filed:  February 23, 2011 |
26 | corporation, and GAMESTOP, INC., a | Trial Date:            Not Set |
   | Delaware corporation, | |
27 | | |
   | Defendants. | |
28

MORGAN, LEWIS &
  BOCKIUS LLP                                   1                    Case No. 3:11-cv-00843-SI
 ATTORNEYS AT LAW
   SAN FRANCISCO      JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND
                                           [PROPOSED] ORDER
DB2/ 22536870.1

Defendants GameStop Corp. and GameStop, Inc. (jointly, "GameStop") and plaintiff Melissa Arechiga ("Plaintiff) hereby enter into this stipulation to continue the initial case management conference scheduled for today, July 1, 2011, subject to the Court's approval. Accordingly, GameStop and Plaintiff hereby stipulate as follows:

**STIPULATION**

WHEREAS, Plaintiff initiated the above-referenced action in the United States District Court in and for the Northern District of California by filing a complaint on or about February 23, 2011 (the "Complaint");

WHEREAS, GameStop moved to dismiss and/or to strike the Complaint;

WHEREAS, Plaintiff filed a first amended complaint (the "FAC") on or about May 20, 2011, and, in turn, GameStop took its motion to dismiss and to strike the Complaint off calendar;

WHEREAS, on June 3, 2011, counsel for Plaintiff and GameStop agreed to extend the initial case management conference due to their ongoing discussions regarding voluntary dismissal of the FAC, and at the parties request the Court entered an order continuing the initial case management conference to July 1, 2011;

WHEREAS, counsel for Plaintiff and GameStop continue to work towards a potential voluntary dismissal of the FAC and to that end have exchanged informal discovery but need additional time for Plaintiff to determine whether she will voluntarily dismiss the FAC;

WHEREAS GameStop's response to the FAC is now due on July 15, 2011, by stipulation of the parties filed on June 30, 2011; and

WHEREAS, in light of the above, subject to Court approval, Plaintiff and GameStop request that the initial case management conference scheduled for July 1, 2011, be continued to July 29, 2011.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE and AGREE as follows:

The initial case management conference scheduled for Friday, July 1, 2011, at 2:30 p.m., should be continued to July 29, 2011, at 2:30 p.m., subject to Court approval, to allow the parties additional time to work on a potential dismissal of the FAC.

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

2   Case No. 3:11-CV-00843-SI
JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
DB2/ 22536870.1

**IT IS SO STIPULATED:**

Dated: July 1, 2011                     HOFFMAN & LAZEAR

By ___/s/ Chad A. Saunders___
Chad A. Saunders
Attorneys for Plaintiff Melissa Arechiga

Dated: July 1, 2011                     MORGAN, LEWIS & BOCKIUS LLP

By ___/s/ Diane L. Webb___
Diane L. Webb
Attorneys for Defendants GAMESTOP CORP. and GAMESTOP, INC.

Pursuant to the Parties' stipulation,

IT IS SO ORDERED.

Dated: July _1_, 2011                   By ___[signature]___
SUSAN ILLSTON
U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3                                          Case No. 3:11-CV-00843-SI
JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
DB2/ 22536870.1