MOLLY MORIARTY LANE, State Bar No. 149206
DIANE L. WEBB, State Bar No. 197851
LORELEI A. CRAIG, State Bar No. 244104
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:       415.442.1000
Fax::      415.442.1001
E-mail    mlane@morganlewis.com
          dwebb@morganlewis.com
          lorelei.craig@morganlewis.com

Attorneys for Defendants
GAMESTOP CORP. and GAMESTOP, INC.

H. TIM HOFFMAN, State Bar No. 049141)
ARTHUR W. LAZEAR, State Bar No. 083603)
CHAD A. SAUNDERS, State Bar No. 257810)
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, California 94612
Tel:       510.763.5700
Fax:       510.835.1311
Email:    cas@hoffmanandlazear.com

Newman Strawbridge (SBN 171360)
LAW OFFICE OF NEWMAN STRAWBRIDGE
719 Orchard Street
Santa Rosa, CA 95404
Tel:       707.523.3377

Attorneys for Plaintiff
MELISSA ARECHIGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA ARECHIGA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GAMESTOP CORP., a Delaware corporation, and GAMESTOP, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:11-cv-00843-SI<br><br>**JOINT STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:  February 23, 2011<br>Trial Date:            Not Set |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1                                           Case No. 3:11-cv-00843-SI
JOINT STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
DB2/ 22534735.1

Defendants GameStop Corp. and GameStop, Inc. (jointly, "GameStop") and plaintiff Melissa Arechiga ("Plaintiff) hereby enter into this stipulation to further extend the time by which GameStop shall respond to the first amended complaint filed by Plaintiff on or about May 20, 2011 (the "FAC").  Accordingly, GameStop and Plaintiff hereby stipulate as follows:

## STIPULATION

WHEREAS, Plaintiff initiated the above-referenced action in the United States District Court in and for the Northern District of California by filing the Complaint on or about February 23, 2011;

WHEREAS, GameStop moved to dismiss and/or to strike the Complaint;

WHEREAS, Plaintiff filed the FAC in the United States District Court in and for the Northern District of California on or about May 20, 2011, and, in turn, GameStop took its motion to dismiss and to strike off calendar;

WHEREAS, GameStop's response to the FAC was initially due on June 3, 2011;

WHEREAS, on June 3, 2011, counsel for Plaintiff and GameStop agreed to extend the time by which GameStop must respond to the FAC to July 1, 2011, in light of the fact that the parties are working towards a voluntary dismissal of the FAC;

WHEREAS, the parties need additional time to work on a voluntary dismissal of the FAC and counsel for Plaintiff and GameStop have therefore agreed to further extend the time by which GameStop must respond to the FAC to July 15, 2011.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE and AGREE as follows:

1. The time for GameStop to respond to Plaintiff's FAC shall be extended to Friday, July 15, 2011.

**IT IS SO STIPULATED:**

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

2   Case No. 3:11-CV-00843-SI
JOINT STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
DB2/ 22534735.1

| | | |
|---|---|---|
| 1 | Dated: June 30, 2011 | HOFFMAN & LAZEAR |
| 2 | | |
| 3 | | By  /s/ Chad A. Saunders |
| 4 | | Chad A. Saunders |
| | | Attorneys for Plaintiff Melissa Arechiga |
| 5 | | |
| 6 | Dated: June 30, 2011 | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | | |
| 8 | | By  /s/ Diane L. Webb |
| | | Diane L. Webb |
| 9 | | Attorneys for Defendants GAMESTOP CORP. and GAMESTOP, INC. |

**IT IS SO ORDERED**

*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3                                                  Case No. 3:11-CV-00843-SI
JOINT STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

DB2/ 22534735.1