MOLLY MORIARTY LANE, State Bar No. 149206
DIANE L. WEBB, State Bar No. 197851
LORELEI A. CRAIG, State Bar No. 244104
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:         415.442.1000
Fax::        415.442.1001
E-mail    mlane@morganlewis.com
              dwebb@morganlewis.com
              lorelei.craig@morganlewis.com

Attorneys for Defendants
GAMESTOP CORP. and GAMESTOP, INC.

H. TIM HOFFMAN, State Bar No. 049141)
ARTHUR W. LAZEAR, State Bar No. 083603)
CHAD A. SAUNDERS, State Bar No. 257810)
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, California 94612
Tel:         510.763.5700
Fax:         510.835.1311
Email:    cas@hoffmanandlazear.com

Newman Strawbridge (SBN 171360)
LAW OFFICE OF NEWMAN STRAWBRIDGE
719 Orchard Street
Santa Rosa, CA 95404
Tel:         707.523.3377

Attorneys for Plaintiff
MELISSA ARECHIGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA ARECHIGA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GAMESTOP CORP., a Delaware corporation, and GAMESTOP, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:11-cv-00843-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:    February 23, 2011<br>Trial Date:              Not Set |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:11-cv-00843-SI
JOINT STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED
COMPLAINT
DB2/ 22554789.1

Defendants GameStop Corp. and GameStop, Inc. (jointly, "GameStop") and plaintiff Melissa Arechiga ("Plaintiff) hereby enter into this stipulation to further extend the time by which GameStop shall respond to the first amended complaint filed by Plaintiff on or about May 20, 2011 (the "FAC").  Accordingly, GameStop and Plaintiff hereby stipulate as follows:

## STIPULATION

WHEREAS, Plaintiff initiated the above-referenced action in the United States District Court in and for the Northern District of California by filing the Complaint on or about February 23, 2011;

WHEREAS, GameStop moved to dismiss and/or to strike the Complaint;

WHEREAS, Plaintiff filed the FAC in the United States District Court in and for the Northern District of California on or about May 20, 2011, and, in turn, GameStop took its motion to dismiss and motion to strike off calendar;

WHEREAS, GameStop's response to the FAC was initially due on June 3, 2011;

WHEREAS, on June 3, 2011, counsel for Plaintiff and GameStop agreed to extend the time by which GameStop must respond to the FAC to July 1, 2011, in light of the fact that the parties are working towards a voluntary dismissal of this action;

WHEREAS, the parties required additional time to work on a voluntary dismissal of this action and further agreed to extend the time by which GameStop must respond to the FAC to July 15, 2011.

WHEREAS, the parties have now reached an agreement to dismiss this action but need additional time to finalize the stipulated dismissal and, therefore, further agree to extend the time by which GameStop shall respond to the FAC to July 29, 2011.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE and AGREE as follows:

1. The time for GameStop to respond to Plaintiff's FAC shall be extended to Friday, July 29, 2011.

**IT IS SO STIPULATED.**

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

2   Case No. 3:11-CV-00843-SI
JOINT STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
DB2/ 22554789.1

| | | |
|---|---|---|
| 1 | Dated: July 14, 2011 | HOFFMAN & LAZEAR |
| 2 | | |
| 3 | | By   /s/ Chad A. Saunders |
| 4 | |    Chad A. Saunders<br>   Attorneys for Plaintiff Melissa Arechiga |
| 5 | | |
| 6 | Dated: July 14, 2011 | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | | |
| 8 | | By   /s/ Diane L. Webb |
|   | |    Diane L. Webb<br>   Attorneys for Defendants GAMESTOP CORP.<br>   and GAMESTOP, INC. |
| 9 | | |
| 10 | Pursuant to the Parties' stipulation, | |
| 11 | **IT IS SO ORDERED**. | |
| 12 | | |
| 13 | Dated: July _15_ 2011 | By _[signature: Susan Illston]_ |
|   | |    SUSAN ILLSTON<br>   U.S. District Court Judge |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3                                          Case No. 3:11-CV-00843-SI
JOINT STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

DB2/ 22554789.1