H. Tim Hoffman (SBN 049141)
Arthur W. Lazear (SBN 083603)
Chad A. Saunders (SBN 257810)
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, California  94612
Tel:      510.763.5700
Fax:      510.835.1311
Email:    cas@hoffmanandlazear.com

Newman Strawbridge (SBN 171360)
LAW OFFICE OF NEWMAN STRAWBRIDGE
719 Orchard Street
Santa Rosa, CA  95404
Tel:      707.523.3377

Attorneys for Plaintiff
MELISSA ARECHIGA

MOLLY MORIARTY LANE, State Bar No. 149206
DIANE L. WEBB, State Bar No. 197851
LORELEI A. CRAIG, State Bar No. 244104
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:      415.442.1000
Fax::     415.442.1001
Email     mlane@morganlewis.com
          dwebb@morganlewis.com
          lorelei.craig@morganlewis.com

Attorneys for Defendants
GAMESTOP CORP. and GAMESTOP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA ARECHIGA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GAMESTOP CORP., a Delaware corporation, and GAMESTOP, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:11-cv-00843-SI<br><br><u>CLASS ACTION</u><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLASS ACTION COMPLAINT AND FOR WAIVER OF FEES AND COSTS BY PLAINTIFF AND DEFENDANTS**<br><br>Complaint Filed:    February 23, 2011<br>Trial Date:         Not Set |

CASE NO. 3:11-cv-00843-SI

STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLASS ACTION COMPLAINT, AND FOR WAIVER OF FEES AND COSTS BY PLAINTIFF AND DEFENDANTS

DB2/ 22555834.1

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, plaintiff Melissa Arechiga ("Plaintiff") filed a complaint on February 23, 2011, alleging violations of California's Song-Beverly Credit Card Act (the "Action") against defendants GameStop, Inc. and GameStop Corp. ("Defendants," and with Plaintiff, the "Stipulating Parties"); and

WHEREAS, the Stipulating Parties have exchanged extensive informal discovery during the past three months, including Plaintiff's credit card statements, Defendants' relevant policy and procedure documents, the transaction records of Plaintiff's purchases with Defendants, and declarations by Defendants' employees; and

WHEREAS, the Stipulating Parties agree that the documents exchanged demonstrate that: (1) Defendants did not record Plaintiff's personal identification information in conjunction with her credit card transactions with Defendants; (2) Defendants had, and currently have, a policy in place in California, at all times during the relevant period in question, including the class period alleged in the Action, instructing its cashiers not to request or record customers' personal identification information in conjunction with credit card sales transactions in compliance with California's Song-Beverly Credit Card Act; and (3) the transaction records and policies Defendants provided to Plaintiff are authentic copies of the transaction records and policies maintained by Defendants; and

WHEREAS, Plaintiff believes that, if true, the information provided by Defendants thus far would likely defeat her claims asserted in the operative First Amended Complaint and that the costs of continuing to litigate this case are now higher than her likelihood of success; and

WHEREAS, no consideration, either direct or indirect, has been given in exchange for dismissal with prejudice of the Action; and

WHEREAS, the Stipulating Parties have agreed to each bear their own attorneys' fees and costs related to the Action and its dismissal.

NOW, THEREFORE, the Stipulating Parties hereby stipulate and request that the Court approve this stipulated voluntary dismissal and dismiss the Action, and all causes of action alleged

1  therein, with prejudice, as to all Defendants and order the Stipulating Parties to bear their own
2  attorneys' fees and costs.
3  **IT IS SO STIPULATED.**
4  Dated: July 27, 2011                     HOFFMAN & LAZEAR

6                                           By ___/s/ Chad A. Saunders_____
7                                              Chad A. Saunders
                                                Attorneys for Plaintiff Melissa Arechiga

9  Dated: July 27, 2011                     MORGAN, LEWIS & BOCKIUS LLP

11                                          By ___/s/ Diane L. Webb_____
                                                Diane L. Webb
                                                Attorneys for Defendants GAMESTOP CORP.
12                                              and GAMESTOP, INC.

## [~~PROPOSED~~] ORDER

The Court, having reviewed the above stipulation of the Stipulating Parties, HEREBY ORDERS THAT:

1. The action filed by plaintiff Melissa Arechiga entitled *Arechiga v. GameStop Corp. et al.*, Case No. 3:11-cv-00843-SI (the "Action"), is hereby voluntarily dismissed, with prejudice, in its entirety, including all causes of action therein, as to all defendants; and

2. The Stipulating Parties are to bear their own attorneys' fees and costs in connection with the Action and its dismissal.

**IT IS SO ORDERED**.

Dated: July 27, 2011

_____
Susan Illston
United States District Court Judge

**CERTIFICATION**

I, Chad Saunders, am the ECF User whose identification and password are being used to file this STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLASS ACTION COMPLAINT AND FOR WAIVER OF FEES AND COSTS BY PLAINTIFF AND DEFENDANTS.  In compliance with General Order 45.X.B., I hereby attest that Diane Webb has concurred in this filing.

Dated: July 27, 2011	HOFFMAN & LAZEAR

By ___/s/ Chad A. Saunders_____
Chad A. Saunders
Attorneys for Plaintiff Melissa Arechiga